```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIELA DORAKU,

                Plaintiff,

     -against-

UOUTLOOK INTERNATIONAL EDUCATION
INC. d/b/a STAR A KIDZ, et al.,

                Defendants.

------------------------------------------------------------X

24-CV-7863 (KPF)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      On Wednesday, June 11, 2025, the Honorable Katherine P. Failla assigned this matter to my docket for settlement. Due to the Court's schedule, the earliest settlement conference that can be scheduled begins in August 2025. The parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates in August onward for a settlement conference. The parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     June 12, 2025
              New York, New York